NUMBER
13-06-000025-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________


                                     IN
RE: BENNIE GENE GREEN

____________________________________________________________

 

                                  On
Petition for Writ of Mandamus ____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                       Before
Justices Hinojosa, Yañez, and Castillo

                                Per
Curiam Memorandum Opinion[1]

 

Relator, Bennie Gene Greene, filed a petition for writ of mandamus in the above cause on January 13, 2006.  The Court, having examined and fully
considered the petition for writ of mandamus, is of the opinion
that relator has not shown himself entitled to the
relief sought.  Accordingly, the petition
for writ of mandamus is DENIED.  See Tex. R. App. P. 52.8. 

PER CURIAM

Do
not publish. Tex.R.App.P. 47.2(b)

Memorandum
Opinion delivered and filed

this
23rd day of January, 2006.











[1]  See Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum
opinions).